No. 59. BANKS *v.* CHICAGO GRAIN TRIMMERS ASSOCIATION, INC., ET AL. C. A. 7th Cir. Motion of petitioner for leave to intervene granted. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Harold A. Liebenson* for petitioner. *Thomas P. Smith* for respondents. *Solicitor General Marshall* for the Deputy Commissioner (Department of Labor). [For earlier orders herein, see 386 U. S. 1002, 387 U. S. 939.]